**Motion Granted and Order filed July 2, 2019.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-19-00496-CV**
_____

**IN RE SAILUN GROUP CO., LTD., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-58759**

---

## ORDER

On June 24, 2019, relator Sailun Group Co., Ltd., filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jaclanel McFarland, Judge of the 133rd District Court, in Harris County, Texas, to set aside her order dated June 3, 2019, entered in trial court number 2017-58759, styled *Maureen Miregi, Individually and as Representative of the Estate of Daniel Miregi, Deceased, and as Next Friend of Minors Otieno Miregi, Daniel Miregi, Hezron*

*Miregi, Pendo Miregi, Racheal Miregi, and Beryl Miregi v. Alamo Concrete Products Company, et al.*

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On June 28, 2019, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the June 3, 2009 order entered in trial court cause number 2017-58759, *Maureen Miregi, Individually and as Representative of the Estate of Daniel Miregi, Deceased, and as Next Friend of Minors Otieno Miregi, Daniel Miregi, Hezron Miregi, Pendo Miregi, Racheal Miregi, and Beryl Miregi v. Alamo Concrete Products Company,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Justices Justices Christopher, Bourliot, and Zimmerer.